## JACKSON et al. v. FITZPATRICK & WALTON.

COBB, J. The bill of exceptions in the present case not containing any assignment of error upon the rulings of the court therein referred to, the writ of error must be dismissed.

*Writ of error dismissed. All the Justices concurring.*

Submitted November 21, — Decided December 12, 1901.

*J. H. Holland,* for plaintiffs in error.    *George & George,* contra.